IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TYRONE LAMONT REED, SR.,           No. C 13-5455 TEH (PR)

    Petitioner,           ORDER OF DISMISSAL

  v.

MARTIN BITER, Warden,

    Respondent.

_____/

    Petitioner, a state prisoner proceeding pro se, filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 22, 2014, the Court granted Respondent's motion to dismiss for failure to exhaust state remedies. On November 13, 2014, the Court denied Petitioner's motion for a stay and gave Petitioner an opportunity to decide whether he wanted to dismiss the unexhausted claims and go forward with only the exhausted ones or dismiss the entire action and return to state court to exhaust all his claims before filing a new federal petition. The Court warned Petitioner that he must make his election by December 12, 2014, or face dismissal of the entire action. Per Petitioner's request, the deadline was later extended to January 9, 2015.

1    To date, the Court has not received any further
2 communication from Petitioner.  Accordingly, this action is
3 DISMISSED without prejudice.  The Clerk shall terminate any pending
4 motions, enter judgment, and close the file.
5    IT IS SO ORDERED.

7 DATED    *01/26/2015*                   *[signature]*
                                  THELTON E. HENDERSON
8                                 United States District Judge

G:\PRO-SE\TEH\HC.13\Reed 13-5455 Dismiss.wpd

2