IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE LAMONT REED, SR., | No. C 13-5455 TEH (PR) |
| Petitioner, | ORDER REOPENING ACTION; SETTING BRIEFING SCHEDULE |
| v. | |
| MARTIN BITER, Warden, | |
| Respondent. | |

  Petitioner, a state prisoner proceeding pro se, filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On October 22, 2014, the Court granted Respondent's motion to dismiss for failure to exhaust state remedies.  On November 13, 2014, the Court denied Petitioner's motion for a stay and gave Petitioner an opportunity to decide whether he wanted to dismiss the unexhausted claims and go forward with only the exhausted one or dismiss the entire action and return to state court to exhaust all his claims before filing a new federal petition.  The Court warned Petitioner that he must make his election by December 12, 2014, or face dismissal of the entire action.  Per Petitioner's request, the deadline was later extended to January 9, 2015.

  On January 26, 2015, after not receiving any further

communication from Petitioner, the Court dismissed the action without prejudice.  On the same date, Petitioner filed his election, in which he opted to dismiss the unexhausted claims and go forward with only the exhausted one.

Accordingly, it is hereby ordered as follows:

1. The action is REOPENED, and the Clerk is directed to amend the docket accordingly.  The judgment (Docket No. 21) and the order of dismissal (Docket No. 20) are VACATED.

2. Respondent shall file with the Court and serve on Petitioner, within sixty (60) days of the issuance of this Order, an Answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted as to the one claim found to be both cognizable and exhausted as discussed in the Court's October 22, 2014 Order.  Respondent shall file with the Answer and serve on Petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the Petition.

3. If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within thirty (30) days of his receipt of the Answer.

IT IS SO ORDERED.

DATED     _02/02/2015_                 _____
                                       THELTON E. HENDERSON
                                       United States District Judge